**John and Darlene LIPTAK, Respondents,**

v.

**Mary NEWMAN, Appellant.**

**No. WD 41727.**

Missouri Court of Appeals, Western District.

Jan. 16, 1990.

Lloyd Koelker, Kansas City, for appellant.

Michael C. Harris, Independence, for respondents.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from a judgment on appellant's claims for breach of contract and conversion.

Judgment affirmed. Rule 84.16(b).